Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**In re:**
 Anthony B Holt

**Case No.:** 09−52503−mss

**Chapter:** 7

**Address:**
 773 Reed Ave.
 Akron, OH 44306

**Last four digits of Social Security No.:**
 xxx−xx−7430

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** November 12, 2009
Form ohnb234

/s/ Marilyn Shea−Stonum
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**\* The Discharge Order is a very important document. Please keep a copy of it in your records \***

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Discrimination Prohibited**

Employers are prohibited from discriminating against you because you filed bankruptcy. Similarly, a professional license or driver's license may not be revoked, suspended or denied because you filed bankruptcy.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0647-5     User: cbeog          Page 1 of 2              Date Rcvd: Nov 12, 2009
Case: 09-52503           Form ID: 234a        Total Noticed: 42

The following entities were noticed by first class mail on Nov 14, 2009.
```
db          +Anthony B Holt,    773 Reed Ave.,    Akron, OH 44306-2739
aty         +John C. Fickes,    Brouse McDowell, LPA,    388 S. Main Street, Suite 500,    Akron, OH 44311-4419
18514767     ACS,    PO Box 9001560,    Louisville KY 40290-1560
18514772     AMR of Ohio,    PO Box 100238,    Atlanta GA 30384-0238
18514768     Akron General Medical Center,    PO Box 931729,    Cleveland OH 44193-1836
18514769     Allstate Indemnity Company,    PO Box 3589,    Akron OH 44309-3589
18514770    +American Hojme Mortgage,    PO Box 631730,    Irving TX 75063-0002
18514771     American Medical Response,    PO Box 100238,    Atlanta GA 30384-0238
18514774    +Bay Area Credit Service LLC,    PO Box 467600,    Atlanta GA 31146-7600
18514775     C.C.S.,    PO Box 55126,    Boston MA 02205-5126
18514777 ++++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA  50701-9588
             (address filed with court: CBE Group,    131 Towe Park Dr., Ste. 1,    Waterloo IA 50702)
18514776     Cavalry Portfolio Services, LLC,    PO Box 27288,    Tempe AZ 85285-7288
18514778    +Cheek Law Offices,LLC,    471 E. Broad St.,    12th Floor,    Columbus OH 43215-3806
18514780     First Federal Credit Control,    2470 Chagrin Blvd,    Suite 205,    Beachwood OH 44122-5630
18514781    +Georgia Check Recovery,    PO Box 45,    110 Main St.,    Jersey GA 30018-0045
18514783    +Jefferson Capitol Systems, LLC,    16 McLeland Road,    Saint Cloud MN 56303-2198
18514784    +Joseph Harrison Co.,    310 N Cleveland Massillion Rd,    Akron OH 44333-9302
18514785     Joseph R. Harrison Co.,    310 N. Cleveland Massillion Rd.,    Akron OH 44333-2493
18514786    +Life Care Akron,    3755 Boettler Oaks Dr.,    Uniontown OH 44685-9597
18514787     Manley Deas Kochalski LLC,    PO Box 165028,    Columbus OH 43216-5028
18514788    +Ohio Attorney General's Office,    Collections Enforcement,    150 E. Gay St., 21st. Floor,
              Columbus OH 43215-3191
18726166    +Ohio Department of Taxation,    c/o John C. Fickes,    Brouse McDowell, LPA,
              388 S. Main Street, Suite 500,    Akron, OH 44311-4419
18514789     Ohio Dept. of Taxation,    PO Box 182402,    Columbus OH 43218-2402
18514790    +Ohio Dept. of Taxation,    30 E Broad St.,    Columbus OH 43215-3414
18514793   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk VA 23541)
18514794    +Principal Solutions, LLC,    2550 Corporate Exchage Dr.,    Suite 204,    Columbus OH 43231-1660
18514796     Sun Trust Service,    PO Box 27172,    Richmond VA 23261-7172
18514800   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Leasing,    5005 N. River Blvd. NE,
              Cedar Rapids IA 52411-6634)
18514797     Tate & Kirlin Associates,    2810 Southampton Rd.,    Philadelphia PA 19154-1207
18514798    +The CBE Group,    131 Tower Park Dr.,    PO Box 900,    Waterloo IA 50704-0900
18514799    +Toyota Motor Credit,    2600 Michelson Dr., Ste. 50,    Irvine CA 92612-1550
18514801     Tribute,    PO Box 105341,    Atlanta GA 30348-5341
18514804     US Bank,    195 S Main St., Ste. 100,    Akron OH 44308-1314
18514805     US Bank Recovery Dept.,    PO Box 5227, ML CN-OH-W15,    Cincinnati OH 45202-5227
18514802    +United Collection Bureau, Inc,    PO Box 165009,    Columbus OH 43216-5009
18514803    +United Collection Bureau, Inc,    5620 Southwick Blvd,    Toledo OH 43614-1501
18514806    +Zenith Acquisition,    170 Northpointe,    Suite 300,    Buffalo NY 14228-1884
```

The following entities were noticed by electronic transmission on Nov 12, 2009.
```
18514773    +EDI: ACCE.COM Nov 12 2009 17:53:00     Asset Acceptance LLC,    PO Box 2036,
              Warren MI 48090-2036
18514779     EDI: CCS.COM Nov 12 2009 17:53:00     Credit Collection Services,    PO Box 9134,
              Needham Heights MA 02494-9134
18514782    +EDI: HFC.COM Nov 12 2009 17:53:00     Household Credit Service,    PO Box 98706,
              Las Vegas NV 89193
18514792    +E-mail/Text: JBAHRY@PORTAGEPATH.ORG                           Portage Path Behavioral Health Cent,
              340 S. Broadway Street,    Akron OH 44308-1596
18514795    +EDI: PHINRJMA.COM Nov 12 2009 17:53:00     RJM Acq LLC,    575 Underhill Blvd., Ste.2,
              Syosset NY 11791-3426
                                                                                             TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           STATE OF OHIO DEPARTMENT OF TAXATION
18514791*   +Ohio Dept. of Taxation,    30 E Broad St,    Columbus OH 43215-3414
                                                                                          TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2009**              **Signature:**    *Joseph Speetjens*