Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 09−52503−mss**

**In re:**
Anthony B Holt
773 Reed Ave.
Akron, OH 44306

**Social Security No.:**
xxx−xx−7430

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Harold A Corzin is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. §§ 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 16, 2009　　　　　　　　　　　/s/ Marilyn Shea−Stonum
Form ohnb136　　　　　　　　　　　　　　　　　United States Bankruptcy Judge